## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Diane Boland                                   CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-10266 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                    Respectfully submitted,

/s/ <u>Rebecca Solarz</u>

Rebecca Solarz
10 Feb 2021, 09:23:44, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322