**Paul Gregory Lang, Esquire**
**Parlow & Lang, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**
**215-639-4400**
**Email: Paulgregorylang@yahoo.com**

### U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
**IN RE: Diane Boland**           : CHAPTER 13
                                  :
**Debtor s**                      : BANKRUPTCY NO. **21-10266 MDC**
                                  : JUDGE: MDC
_____ :_____

### ORDER

AND NOW, this _____18th_____ day of _____February_____, 2021

**Upon consideration of the Motion for an Extension of Time filed by Paul Gregory Lang, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an additional fourteen (14) days or until March 3, 2021 to file the Debtors Chapter 13 Schedules, Statement of Financial Affairs, Means Test , Chapter 13 plan and sixty (60) days prior to filing of pay advices.**

_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**

**Copies to:**

**Paul Gregory Lang, Esquire**
**Parlow & Lang, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**

**U.S. Trustee's Office**
**833 Chestnut Street Suite 500**
**Philadelphia, PA 19107**

**Diane Boland**

**621 Benton Lane**

**Morrisville PA 19067**

**William Miller**

**Chapter 13 Trustee**

**1234 Market Street Suite 1813**
**Philadelphia, PA 19107**