# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diane Boland | : CHAPTER 13 |
| | : HEARING: |
| Debtor | : BANKRUPTCY NO. 21-10266 mdc |

**CERTIFICATION OF NO ANSWER/RESPONSE AND CERTIFICATION OF UNCONTESTED MOTION TO EXTEND AUTOMATIC STAY**

**TO THE CLERK :**

I, Paul Gregory Lang, Esquire, hereby certify that on February 8, 2021, I served true and correct copies of the attached Motion to Extend Automatic Stay on the Debtor, trustee and all interested parties. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of the Court.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant the Motion to Extend Stay and enter the proposed Order attached hereto.

/s/ Paul Gregory Lang, Esquire
_____
PAUL GREGORY LANG, ESQUIRE
Law Offices of Parlow & Lang, PCs
3618 Hulmeville Rd
Bensalem PA 19020
215-639-4400