UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Diane Boland, | : | |
| Debtor. | : | Bankruptcy No.  21-10266-MDC |

# **O R D E R**

**AND NOW**, this 2nd day of March 2021, upon Motion of the Debtor, it is hereby **ORDERED** that the automatic stay under 11 U.S.C. §362 is continued and is extended until March 9, 2021.   A hearing to consider further extension of stay is scheduled for **March 9, 2021, at 10:30 a.m., in Bankruptcy Courtroom No. 2, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania**.

Debtor shall serve this Order and Motion on all creditors and file a certification of service with the Court.

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Paul G. Lang, Esquire
Gallant and Parlow, PC
3618 Hulmeville Road
Bensalem, PA 19020

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912