United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-10266-mdc
Diane Boland Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Diane Boland, 621 Benton Lane, Morrisville, PA 19067-7503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL GREGORY LANG | on behalf of Debtor Diane Boland paulgregorylang@yahoo.com lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 4

Paul Gregory Lang, Esquire
Parlow & Lang, PCs
3618 Hulmeville Rd
Bensalem, PA 19020
215-639-4400
Email: Paulgregorylang@yahoo.com

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diane Boland | : CHAPTER 13 |
| | : |
| Debtor s | : BANKRUPTCY NO. 21-10266 MDC |
| | : JUDGE: MDC |
| | : |

ORDER

AND NOW, this ___4th___ day of ___March___, 2021

Upon consideration of the Motion for an Extension of Time filed by Paul Gregory Lang, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an additional two (2) days or until March 5, 2021 to file the Debtors Chapter 13 Schedules, Statement of Financial Affairs, Means Test , Chapter 13 plan and sixty (60) days prior to filing of pay advices.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Copies to:

Paul Gregory Lang, Esquire
Parlow & Lang, PCs
3618 Hulmeville Rd
Bensalem, PA 19020

U.S. Trustee's Office
833 Chestnut Street Suite 500
Philadelphia, PA 19107

**Diane Boland**

**621 Benton Lane**

**Morrisville PA 19067**

**William Miller**

**Chapter 13 Trustee**

**1234 Market Street Suite 1813**
**Philadelphia, PA 19107**