# Earnings Statement

ADP

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

| | |
|---|---|
| Period Beginning: | 11/01/2020 |
| Period Ending: | 11/15/2020 |
| Pay Date: | 11/20/2020 |

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:        1
  NJ:             0,Table  A
  PA:             N/A

DIANE  BOLAND
621  BENTON  LANE
MORRISVILLE  PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 27.20 | 571.20 | 12,788.83 |
| Hazard Bonus | | | 121.14 | 1,195.27 |
| Shift 2 | 21.0000 | 12.00 | 276.00 | 5,785.58 |
| Shift 3 | 21.0000 | 36.00 | 900.00 | 18,763.92 |
| Overtime | | | | 647.70 |
| Earned Time | | | | 1,440.00 |
| Holiday | | | | 343.50 |
| Holiday Bonus | | | | 225.00 |
| Holiday Shft 2 | | | | 255.04 |
| Holiday Shft 3 | | | | 612.00 |
| **Gross Pay** | | | **$1,868.34** | 42,480.84 |

| | | |
|---|---|---|
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,802.30

## Important Notes
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -167.55 | 4,000.07 |
| | Social Security Tax | -111.74 | 2,543.82 |
| | Medicare Tax | -26.14 | 594.93 |
| | PA State Income Tax | -55.33 | 1,259.58 |
| | NJ SUI Tax | -2.99 | 217.99 |
| | NJ SDI Tax | -4.86 | 110.45 |
| | **Other** | | |
| | Dental | -12.83* | 280.79 |
| | Medical | -50.50* | 1,111.00 |
| | Vision | -2.71* | 59.62 |
| | Acct Repayment | | 16.54 |
| | **Net Pay** | **$1,433.69** | |
| | Checking 1 | -1,433.69 | |

© 2000 ADP, LLC

---

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

| | |
|---|---|
| Advice number: | 00000470054 |
| Pay date: | 11/20/2020 |

THIS IS NOT A CHECK

Deposited  to  the  account  of
DIANE  BOLAND

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx7138 | xxxx  xxxx | $1,433.69 |

## NON-NEGOTIABLE

# Earnings Statement

ADP

| MOUNT LAUREL VETERINARY SERVICES LLC | |
|---|---|
| 220 MT. LAUREL ROAD | |
| MT LAUREL, NJ 08054 | |

| Period Beginning: | 11/16/2020 |
|---|---|
| Period Ending: | 11/30/2020 |
| Pay Date: | 12/04/2020 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   NJ: 0 Table A
   PA: N/A

**DIANE BOLAND**
**621 BENTON LANE**
**MORRISVILLE PA 19067**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 27.88 | 585.48 | 13,374.31 |
| Earned Time | 21.0000 | 12.00 | 252.00 | 1,692.00 |
| Holiday | 21.0000 | 4.83 | 152.15 | 495.65 |
| Holiday Bonus | | | 125.00 | 350.00 |
| Holiday Shft 2 | 21.0000 | 2.00 | 67.00 | 322.04 |
| Holiday Shft 3 | 21.0000 | 12.00 | 426.00 | 1,038.00 |
| Shift 2 | 21.0000 | 12.00 | 276.00 | 6,061.58 |
| Shift 3 | 21.0000 | 30.00 | 750.00 | 19,513.92 |
| Overtime | | | | 647.70 |
| Hazard Bonus | | | | 1,195.27 |
| **Gross Pay** | | | **$2,633.63** | 45,114.47 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,567.59

## Important Notes
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -315.22 | 4,315.29 |
| | Social Security Tax | -159.20 | 2,703.02 |
| | Medicare Tax | -37.23 | 632.16 |
| | PA State Income Tax | -78.83 | 1,338.41 |
| | NJ SUI Tax | -4.21 | 222.20 |
| | NJ SDI Tax | -6.85 | 117.30 |
| | **Other** | | |
| | Dental | -12.83* | 293.62 |
| | Medical | -50.50* | 1,161.50 |
| | Vision | -2.71* | 62.33 |
| | Acct Repayment | | 16.54 |
| | **Net Pay** | **$1,966.05** | |
| | Checking 1 | -1,966.05 | |

© 2000 ADP, LLC

---

| MOUNT LAUREL VETERINARY SERVICES LLC | |
|---|---|
| 220 MT. LAUREL ROAD | |
| MT LAUREL, NJ 08054 | |

| Advice number: | 00000490051 |
|---|---|
| Pay date: | 12/04/2020 |

Deposited to the account of
**DIANE BOLAND**

THIS IS NOT A CHECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7138 | xxxx xxxx | $1,966.05 |

# NON-NEGOTIABLE

## Earnings Statement

**ADP®**

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

Period Beginning:   12/01/2020
Period Ending:     12/15/2020
Pay Date:          12/18/2020

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   1
  NJ:        0,Table A
  PA:        N/A

**DIANE BOLAND**
**621 BENTON LANE**
**MORRISVILLE PA 19067**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 33.32 | 699.72 | 14,074.03 |
| Earned Time | 21.0000 | 12.00 | 252.00 | 1,944.00 |
| Hazard Bonus | | | 133.70 | 1,328.97 |
| Shift 2 | 21.0000 | 14.00 | 322.00 | 6,383.58 |
| Shift 3 | 21.0000 | 42.00 | 1,050.00 | 20,563.92 |
| Overtime | | | | 647.70 |
| Holiday | | | | 495.65 |
| Holiday Bonus | | | | 350.00 |
| Holiday Shft 2 | | | | 322.04 |
| Holiday Shft 3 | | | | 1,038.00 |
| **Gross Pay** | | | **$2,457.42** | 47,571.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -276.45 | 4,591.74 |
| | Social Security Tax | -148.26 | 2,851.28 |
| | Medicare Tax | -34.67 | 666.83 |
| | PA State Income Tax | -73.42 | 1,411.83 |
| | NJ SUI Tax | -3.94 | 226.14 |
| | NJ SDI Tax | -6.39 | 123.69 |
| | **Other** | | |
| | Dental | -12.83* | 306.45 |
| | Medical | -50.50* | 1,212.00 |
| | Vision | -2.71* | 65.04 |
| | Acct Repayment | | 16.54 |
| | **Net Pay** | **$1,848.25** | |
| | Checking 1 | -1,848.25 | |

| Net Check | $0.00 |
|---|---|

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,391.38

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

Advice number:   00000510053
Pay date:        12/18/2020

Deposited to the account of
**DIANE BOLAND**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx7138 | xxxx xxxx | $1,848.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO.    FILE    DEPT.    CLOCK    VCHR. NO.    052

**Earnings Statement**

ADP

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

| | |
|---|---|
| Period Beginning: | 12/16/2020 |
| Period Ending: | 12/31/2020 |
| Pay Date: | 01/05/2021 |

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:        1
    NJ:            0,Table A
    PA:            N/A

DIANE BOLAND
621 BENTON LANE
MORRISVILLE PA 19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 20.67 | 434.07 | 434.07 |
| Earned Time | 21.0000 | 48.00 | 1,008.00 | 1,008.00 |
| Hol Sun Shft 3 | 21.0000 | 6.00 | 219.00 | 219.00 |
| Holiday | 21.0000 | 2.47 | 77.81 | 77.81 |
| Holiday Bonus | | | 75.00 | 75.00 |
| Holiday Shft 2 | 21.0000 | 2.00 | 67.00 | 67.00 |
| Shift 2 | 21.0000 | 8.00 | 184.00 | 184.00 |
| Shift 3 | 21.0000 | 24.00 | 600.00 | 600.00 |
| **Gross Pay** | | | **$2,664.88** | 2,664.88 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,598.84

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -318.98 | 318.98 |
| | Social Security Tax | -161.13 | 161.13 |
| | Medicare Tax | -37.68 | 37.68 |
| | PA State Income Tax | -79.78 | 79.78 |
| | NJ SUI Tax | -11.33 | 11.33 |
| | NJ SDI Tax | -12.52 | 12.52 |
| | NJ Paid Family Leave Ins | -7.46 | 7.46 |
| | **Other** | | |
| | Dental | -12.83* | 12.83 |
| | Medical | -50.50* | 50.50 |
| | Vision | -2.71* | 2.71 |
| | **Net Pay** | **$1,969.96** | |
| | Checking 1 | -1,969.96 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP LLC

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

| | |
|---|---|
| Advice number: | 00000010052 |
| Pay date: | 01/05/2021 |

Deposited to the account of

DIANE BOLAND

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7138 | xxxx xxxx | $1,969.96 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

CO. FILE DEPT. CLOCK VCHR NO. 052

# Earnings Statement

ADP

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

| | |
|---|---|
| Period Beginning: | 01/01/2021 |
| Period Ending: | 01/15/2021 |
| Pay Date: | 01/20/2021 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NJ: 0,Table A
  PA: N/A

DIANE BOLAND
621 BENTON LANE
MORRISVILLE PA 19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 26.87 | 564.27 | 998.34 |
| Overtime | 31.5000 | 9.60 | 302.40 | 302.40 |
| Hazard Bonus | | | 106.49 | 106.49 |
| Hol Sun Shft 3 | 21.0000 | 6.00 | 219.00 | 438.00 |
| Holiday | 21.0000 | 2.65 | 83.48 | 161.29 |
| Holiday Bonus | | | 75.00 | 150.00 |
| Holiday Shft 2 | 21.0000 | 2.00 | 67.00 | 134.00 |
| Saturday | 21.0000 | 3.58 | 78.76 | 78.76 |
| Shift 2 | 21.0000 | 12.00 | 276.00 | 460.00 |
| Shift 3 | 21.0000 | 36.00 | 900.00 | 1,500.00 |
| Earned Time | | | | 1,008.00 |
| **Gross Pay** | | | **$2,672.40** | 5,337.28 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,606.36

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -320.63 | 639.61 |
| | Social Security Tax | -161.59 | 322.72 |
| | Medicare Tax | -37.80 | 75.48 |
| | PA State Income Tax | -80.02 | 159.80 |
| | NJ SUI Tax | -11.35 | 22.68 |
| | NJ SDI Tax | -12.57 | 25.09 |
| | NJ Paid Family Leave Ins | -7.48 | 14.94 |
| | **Other** | | |
| | Dental | -12.83* | 25.66 |
| | Medical | -50.50* | 101.00 |
| | Vision | -2.71* | 5.42 |
| | **Net Pay** | **$1,974.92** | |
| | Checking 1 | -1,974.92 | |

© 2000 ADP, LLC

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

| | |
|---|---|
| Advice number: | 00000030054 |
| Pay date: | 01/20/2021 |

Deposited to the account of
DIANE BOLAND

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7138 | xxxx xxxx | $1,974.92 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

**ADP**

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

Period Beginning:     01/16/2021
Period Ending:        01/31/2021
Pay Date:             02/05/2021

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:        1
  NJ:             0,Table A
  PA:             N/A

**DIANE BOLAND**
**621 BENTON LANE**
**MORRISVILLE PA 19067**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 25.27 | 530.67 | 1,529.01 |
| Overtime | 31.5000 | 1.70 | 53.55 | 355.95 |
| Saturday | 21.0000 | 1.37 | 30.14 | 108.90 |
| Shift 2 | 21.0000 | 12.00 | 276.00 | 736.00 |
| Shift 3 | 21.0000 | 36.00 | 900.00 | 2,400.00 |
| Sun Shift 2 | 21.0000 | .97 | 21.34 | 21.34 |
| Sun Shift 3 | 21.0000 | 8.12 | 211.12 | 211.12 |
| Earned Time | | | | 1,008.00 |
| Hazard Bonus | | | | 106.49 |
| Hol Sun Shft 3 | | | | 438.00 |
| Holiday | | | | 161.29 |
| Holiday Bonus | | | | 150.00 |
| Holiday Shft 2 | | | | 134.00 |
| **Gross Pay** | | | **$2,022.82** | 7,360.10 |

| Other | this period | year to date |
|---|---|---|
| Vision | -2.71* | 8.13 |
| **Net Pay** | **$1,493.87** | |
| Checking 1 | -1,493.87 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,956.78

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -185.26 | 824.87 |
| | Social Security Tax | -121.32 | 444.04 |
| | Medicare Tax | -28.37 | 103.85 |
| | PA State Income Tax | -60.07 | 219.87 |
| | NJ SUI Tax | -8.60 | 31.28 |
| | NJ SDI Tax | -9.50 | 34.59 |
| | NJ Paid Family Leave Ins | -5.67 | 20.61 |
| | **Other** | | |
| | Acct Repayment | -44.12 | 44.12 |
| | Dental | -12.83* | 38.49 |
| | Medical | -50.50* | 151.50 |

© 2000 ADP, LLC

MOUNT LAUREL VETERINARY SERVICES LLC
220 MT. LAUREL ROAD
MT LAUREL, NJ 08054

Advice number:      00000050054
Pay date:           02/05/2021

Deposited to the account of
**DIANE BOLAND**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7138 | xxxx xxxx | $1,493.87 |

THIS IS NOT A CHECK

NON-NEGOTIABLE