# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                    Chapter 13

    DIANE  BOLAND                                           Bankruptcy No. 21-10266-MDC

    621 BENTON LANE

    MORRISVILLE, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DIANE  BOLAND

    621 BENTON LANE

    MORRISVILLE, PA 19067

**Counsel for debtor(s), by electronic notice only.**
    PAUL GREGORY LANG
    GALLANT AND PARLOW , PC
    3618 HULMEVILLE RD
    BENSALEM, PA 19020-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 5/13/2021                                                                                                    /s/ William C. Miller

                                                                                                                    _____

                                                                                                                 William C. Miller, Esquire
                                                                                                                 Chapter 13 Standing Trustee