United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10266-mdc |
| Diane Boland | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 05, 2021 | Form ID: 155 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane Boland, 621 Benton Lane, Morrisville, PA 19067-7503 |
| 14580657 | + | Hillcrest Davidson & A, 715 N. Glenville Dr. Ste 4, Richardson, TX 75081-2879 |
| 14580658 | + | KML Law Group, Suite 5000, Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14580659 | | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, Washington Crossing, PA 18977 |
| 14582644 | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14590814 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14582613 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14580662 | | Shellpoint Mortage Servicng, Attn: Bankruptcy, PO Box 51850, Livonia, MI 48151-5850 |
| 14608299 | | US DEPARTMENT OF EDUCATION, PO BOX 16448, SAINT PAUL, MN 55116-0448 |
| 14580664 | + | Wells Fargo Home Projects, Mac#X2302-04c, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14580660 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2021 23:50:00 | Midland Funding, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14580661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2021 23:51:30 | Portfolio Recovery, P.O. Box 41067, Norfolk, VA 23541 |
| 14580663 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 00:23:27 | Syncb/Sync Bank, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 07, 2021 | Signature: | /s/Joseph Speetjens |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Aug 05, 2021 Form ID: 155 Total Noticed: 13

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| PAUL GREGORY LANG | on behalf of Debtor Diane Boland paulgregorylang@yahoo.com  lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Diane Boland
     Debtor(s)

Chapter: 13

Bankruptcy No: 21−10266−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 5th Day of August, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                       Magdeline D. Coleman
                                                       Chief Judge ,
                                                       United States Bankruptcy Court

                                                                                         42 − 38
                                                                                        Form 155