U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DIANE BOLAND : CHAPTER 13

      Debtor : BANKRUPTCY NO. 21-10266 MDC

CERTIFICATE OF SERVICE

    I, Paul Gregory Lang Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees to the parties indicated below

    /s/ Paul Gregory Lang
    Paul Gregory Lang, Esquire
    Parlo & Lang, PCs
    3618 Hulmeville Road
    Bensalem, PA   19020
    Phone:   (215) 639-4400
    paulgregorylang@yahoo.com

Dated: November 8, 2022

U.S. Trustee's Office

Trustee

All Creditors on Mailing Matrix

All Creditors on the Claims Register

Debtor