U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DIANE BOLAND : CHAPTER 13
: Debtor
: BANKRUPTCY NO. 21-10266

PRAECIPE TO ENTER APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK:

Kindly enter my appearance in this matter as attorney of record and kindly forward all future notices to my attention.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Rd., Suite 102
Bensalem, PA 19020

Date: November 18, 2025