Certificate Number: 02921-PAE-DE-040282710

Bankruptcy Case Number: 21-10266



02921-PAE-DE-040282710

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2025, at 8:16 o'clock AM EST, Diane M Boland completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: November 6, 2025

By: /s/Rosa Reyes-Santiago

Name: Rosa Reyes-Santiago

Title: Credit Counselor