United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-10266-djb
Diane Boland Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 25, 2025     Form ID: 138OBJ     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane Boland, 621 Benton Lane, Morrisville, PA 19067-7503 |
| 14670697 | + | Borough of Morrisville, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14670801 | + | Borough of Morrisville, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14580659 | | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, Washington Crossing, PA 18977 |
| 14582644 | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2025 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15074073 | + | Email/Text: support@ymalaw.com | Nov 26 2025 00:42:00 | Diane Boland, c/o PAUL H. YOUNG, Young, Marr, Mallis & Deane, LLC, 3554 Hulmeville Rd., Ste 102, Bensalem, PA 19020-4366 |
| 14580657 | + | Email/Text: ahamilton@hillcrestdavidson.com | Nov 26 2025 00:42:00 | Hillcrest Davidson & A, 715 N. Glenville Dr. Ste 4, Richardson, TX 75081-2898 |
| 14580658 | ^ | MEBN | Nov 26 2025 00:32:06 | KML Law Group, Suite 5000, Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14580660 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 00:42:00 | Midland Funding, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14590814 | | Email/Text: mtgbk@shellpointmtg.com | Nov 26 2025 00:42:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14582613 | ^ | MEBN | Nov 26 2025 00:32:06 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14580661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2025 00:51:13 | Portfolio Recovery, P.O. Box 41067, Norfolk, VA 23541 |
| 14580662 | | Email/Text: mtgbk@shellpointmtg.com | Nov 26 2025 00:42:00 | Shellpoint Mortage Servicng, Attn: Bankruptcy, PO Box 51850, Livonia, MI 48151-5850 |
| 14580663 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 26 2025 00:49:59 | Syncb/Sync Bank, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14669089 | + | Email/Text: bkteam@selenefinance.com | Nov 26 2025 00:42:00 | U.S. Bank Trust National Association, c/o Selene |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 138OBJ | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | | Finance LP, Attn: BK Dept., 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |
| 14608299 | | Email/Text: EDBKNotices@ecmc.org | Nov 26 2025 00:42:00 | US DEPARTMENT OF EDUCATION, PO BOX 16448, SAINT PAUL, MN 55116-0448 |
| 14580664 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 26 2025 01:03:21 | Wells Fargo Home Projects, Mac#X2302-04c, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Morrisville jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| PAUL GREGORY LANG | on behalf of Debtor Diane Boland paulgregorylang@yahoo.com  lesliebrown.paralegal@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Diane Boland support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 67 − 65

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Diane Boland ) | Case No. 21−10266−djb |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 25, 2025

For The Court

Mohung Wong
Clerk of Court