Fill in this information to identify the case:

Debtor 1  Diane Boland

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the : <u>EASTERN</u> District of <u>Pennsylvania</u>
(State)

Case number <u>21-10266-djb</u>

# Form 4100R
## Response to Notice of Final Cure    10/15

___

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:    Mortgage Information

**Name of creditor:** COMPUTERSHARE DELAWARE TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR PRET 2025-RPL2 TRUST

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 2070

**Property address:**    621 BENTON LN,
        Number        Street
    MORRISVILLE  Pennsylvania  19067
        City        State        ZIP Code

### Part 2:    Prepetition Default Payments

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3:    Postpetition Mortgage

*Check one:*

[X]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    4/1/2026
                    MM/DD/YYYY

[ ]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $0.00

b. Total fees, charges, expenses, escrow and costs outstanding:    **+** (b) $0.00

c. Total. Add lines a and b.    (c) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
        MM/ DD/ YYYY

*Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this Response to Notice of Final Cure is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1.

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Diane Boland | Case number (if known) | 21-10266-djb |
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Jordan Katz                    Date 12/15/2025
   Signature

Print    Jordan Katz                              Title Authorized Agent
         First Name    Middle Name    Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  13010 Morris Road, Suite 450
         Number        Street

         Alpharetta            GA            30004
         City                  State         ZIP Code

Contact  470-321-7112                        Email jkatz@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on   December 15, 2025   , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Diane Boland
621 Benton Lane
Morrisville, PA 19067

And via electronic mail to:

PAUL GREGORY LANG
Gallant and Parlow, PC
3618 Hulmeville Rd.
Bensalem, PA 19020

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/  Jessica Kerrigan
Email:  jkerrigan@raslg.com