United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                           Case No. 21-10266-djb

Diane Boland                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

**Recip ID          Recipient Name and Address**
db                 +  Diane Boland, 621 Benton Lane, Morrisville, PA 19067-7503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

DENISE ELIZABETH CARLON
                                on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
                                on behalf of Creditor Borough of Morrisville jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JORDAN MATTHEW KATZ
                                on behalf of Creditor COMPUTERSHARE DELAWARE TRUST COMPANY  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR PRET 2025-RPL2 TRUST jkatz@raslg.com

KENNETH E. WEST
                                ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN
                                on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

PAUL GREGORY LANG

District/off: 0313-2                     User: admin                          Page 2 of 2

Date Rcvd: Feb 19, 2026                  Form ID: 195                         Total Noticed: 1

on behalf of Debtor Diane Boland paulgregorylang@yahoo.com  lesliebrown.paralegal@gmail.com

PAUL H. YOUNG

on behalf of Debtor Diane Boland support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13

Diane Boland                                         : Case No. 21–10266–djb
            Debtor(s)

***ORDER***

_____

    AND NOW, this day , February 18, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                    By The Court

                                    Derek J Baker
                                    Judge, United States Bankruptcy Court


                                                                    Form 195